Morris WEISFELD, d/b/a M & W Fruit Company, Appellant,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellee.

No. 22278.

United States Court of Appeals
Fifth Circuit.

Jan. 5, 1966.

Billy B. Goldberg, Houston, Tex., for appellant.

Newton Gresham, Houston, Tex., Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., for appellee.

Before JONES and BROWN, Circuit Judges, and DYER, District Judge.

PER CURIAM.

The district court's opinion sets forth the facts from which the controversy presented by this appeal have arisen. Weisfeld v. St. Paul Fire and Marine Insurance Company, 236 F.Supp. 496. In its opinion, the district court expresses its view of the controlling principle of law. We are in agreement with the result reached by the district court and its judgment is

Affirmed.

Neil C. WALLEN, Appellant,

v.

B. J. RHAY, Warden, et al., Appellees.

No. 20246.

United States Court of Appeals
Ninth Circuit.

Jan. 7, 1966.

Neil C. Wallen, in pro. per.

John J. O'Connell, Atty. Gen., Olympia, Wash., for appellee.

Before BARNES, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM:

The brief for appellant received December 16, 1965, is ordered filed.

In this civil rights case, brought by a state prisoner against the warden and several other prison officials, the District Court dismissed plaintiff's complaint without leave to amend.

Although the complaint fails to state a claim, we are clear that the plaintiff should have been given the right to amend. The cause of action is remanded so that he may amend.

Cf. Armstrong v. Rushing, 352 F.2d 836, 9th Cir., decided November 15, 1965.